UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CYMAIN GHANA LIMITED, | : : : | Civil Action No. 11-49 (SDW)(MCA) |
| Plaintiff, | : : | |
| v. | : : | **ORDER** |
| PACIFIC ATLANTIC LINES, INC., AFA SHIPPING, INC., OUSMAN TAONKARA, AWA NOAO, | : : : : | July 2, 2012 |
| Defendants. | : : | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on May 29, 2012, dismissing Cymain Ghana Limited's ("Plaintiff") Complaint with prejudice as a result of Plaintiff's failure to retain counsel to enter an appearance on its behalf as directed by the March 8, 2012 Order to Show Cause why monetary/reprimand sanctions should not be imposed pursuant to Fed. R. Civ. P. 37(b)(2)(A). No objections have been filed.[1]

This Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS** on this 2nd day of July, 2012,

**ORDERED** that Magistrate Judge Arleo's R&R filed May 29, 2012, is **ADOPTED** by this Court in its entirety. Plaintiff's Complaint is **DISMISSED** with prejudice.

---

[1] Objections were due by June 12, 2012.

                                                  s/ Susan D. Wigenton
                                                  **Susan D. Wigenton, U.S.D.J.**

cc:  Madeline Cox Arleo, U.S.M.J.